# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

RANDLE HANCOCK                                                                    PLAINTIFF

V.                              No. 3:20-CV-418-JTR

KILOLO KIJAKAZI, Commissioner
Social Security Administration                                                    DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, Randle Hancock, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 21st day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE